STANDISH CHARD, as Receiver of CORNELIUS J. SULLIVAN, Respondent, *v.* RYAN-PARKER CONSTRUCTION COMPANY, Appellant.

*Contract — action to recover upon written agreement that if defendant obtained a contract for certain public work it would pay half of the net profits to another.*

*Chard* v. *Ryan-Parker Construction Co.*, 195 App. Div. 929, affirmed.
(Argued January 13, 1922; decided January 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1921, affirming a judgment in favor of plaintiff entered upon a verdict. The action was on a written contract the material parts of which read as follows: " That if and in the event the contract for the construction of the Manhattan bridge over the East river between the boroughs of Manhattan and Brooklyn shall be awarded to the said Ryan-Parker Construction Company, for which contract the said Ryan-Parker Construction Company has submitted its bid, estimate, bonds, contract and specifications, the said Ryan-Parker Construction Company covenants and agrees to give and secure to the said Cornelius J. Sullivan one-half of the net profits which the said Ryan-Parker Construction Company shall receive under and by virtue of the execution and full performance of the said contract for the construction of said bridge between the city of New York and the said Ryan-Parker Construction Company * * *. That for and in consideration of the covenants

and agreements hereinbefore expressed the said Cornelius J. Sullivan hereby agrees and covenants to render to the said Ryan-Parker Construction Company such service or services as may be required of him by the said Ryan-Parker Construction Company in a managing or advisory capacity."

*Martin Conboy, Joseph F. Collins, Henry T. Hall* and *John C. Wait* for appellant.

*Alfred G. Reeves, Julian C. Harrison* and *Henry D. Valentine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.